

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-11-00311-CR

| | | |
|---|---|---|
| FRED EARL INGERSON, III, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR11514) |
| V. | § | December 31, 2018 |
| | § | Opinion by Justice Meier |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is before this court on remand from the Texas Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier